LHE
F. #2021R00653

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JOSEPH DEGREGORIO,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

**1:22-cr-00030(KAM)(VMS)**

Criminal Docket No. _____-_____ (_____)

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant JOSEPH DEGREGORIO's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
            January 19, 2022

                                BREON PEACE
                                United States Attorney
                                Eastern District of New York
                                271 Cadman Plaza East
                                Brooklyn, New York 11201

                By:    LAUREN ELBERT
                       Digitally signed by LAUREN ELBERT
                       Date: 2022.01.19 16:55:45 -05'00'
                       Lauren Howard Elbert
                       Assistant United States Attorney
                       (718) 254-7577

Cc:    Clerk of the Court
        Nicholas Kaizer, Esq.